**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-27382 |
| | § | |
| BRETTNER GLENN | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/25/2014. The undersigned trustee was appointed on 07/25/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                       $10,591.84

     Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $0.00 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $10,591.84 |

     The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/17/2015 and the deadline for filing government claims was 03/17/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,809.18. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,761.56, for a total compensation of $1,761.56$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/27/2015          By:   /s/ Gus A. Paloian
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit A

| Case No.: | 14-27382-JSB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | GLENN, BRETTNER | Date Filed (f) or Converted (c): | 07/25/2014 (f) |
| For the Period Ending: | 10/27/2015 | §341(a) Meeting Date: | 09/12/2014 |
| | | Claims Bar Date: | 03/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  3217 West Potomac  3217 West Potomac Chicago, IL  Debtor owns a 1/2 interest with his brother, Glenn Brettner. | $150,000.00 | $0.00 | | $0.00 | FA |
| 2  1508 North Artesian  1508 North Artesian Chicago, Illinois Value per Zillow.com The Debtor owns this property jointly with his brother, James Brettner. | $220,000.00 | $0.00 | | $0.00 | FA |
| 3  cash | $200.00 | $200.00 | | $0.00 | FA |
| 4  chairs and a desk, sofa, bed. | $500.00 | $500.00 | | $0.00 | FA |
| 5  traditional and Roth IRA | $100,000.00 | $30,000.00 | | $0.00 | FA |
| 6  Semper Fidelis Mundelein, L.P. | $0.00 | $0.00 | | $10,591.84 | FA |
| 7  tools. | $150.00 | $150.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $470,850.00 | $30,850.00 | | $10,591.84 | $0.00 |

**Major Activities affecting case closing:**

The Trustee sold Debtor's ownership interest in Semper Fidelis Lake Zurich, LLC.  Claims review is in progress in preparation for case closing.  The Trustee estimates case closing by 11/30/15.

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):** 11/30/2015    /s/ GUS A. PALOIAN

GUS A. PALOIAN

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-27382-JSB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | GLENN, BRETTNER | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8370 | Checking Acct #: | ******0309 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Glenn Brettner |
| For Period Beginning: | 7/25/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/27/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/06/2015 | (6) | SEMPER FI LAKE ZURICH, LLC | 2014 INTEREST | 1129-000 | $197.28 | | $197.28 |
| 02/12/2015 | (6) | SEMPER FI LAKE ZURICH, LLC | SALE PROCEEDS RE SALE OF MEMBERSHIP INTEREST IN SEMPER FIDELIS LAKE ZURICH LLC | 1129-000 | $10,000.00 | | $10,197.28 |
| 03/30/2015 | (6) | SEMPER FI LAKE ZURICH, LLC | 2013 INTEREST | 1129-000 | $394.56 | | $10,591.84 |
| | | | TOTALS: | | $10,591.84 | $0.00 | $10,591.84 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $10,591.84 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $10,591.84 | $0.00 | |

**For the period of 7/25/2014 to 10/27/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,591.84 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,591.84 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/05/2015 to 10/27/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,591.84 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,591.84 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 14-27382-JSB | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | GLENN, BRETTNER | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8370 | Checking Acct #: | ******0309 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Glenn Brettner |
| For Period Beginning: | 7/25/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/27/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $10,591.84 | $0.00 | $10,591.84 |

**For the period of 7/25/2014 to 10/27/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,591.84 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,591.84 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/25/2014 to 10/27/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,591.84 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,591.84 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

CLAIM ANALYSIS REPORT                                   Page No: 1                Exhibit C

| Case No.: | 14-27382-JSB | | | | | | Trustee Name: | Gus A. Paloian |
| Case Name: | GLENN, BRETTNER | | | | | | Date: | 10/27/2015 |
| Claims Bar Date: | 03/17/2015 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN<br>131 S. Dearborn Street<br>Suite 2400<br>Chicago IL 60603 | 08/19/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,809.18 | $1,809.18 | $0.00 | $0.00 | $0.00 | $1,809.18 |
| | SEYFARTH SHAW | 09/18/2015 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3110-000 | $0.00 | $9,069.00 | $9,069.00 | $0.00 | $0.00 | $0.00 | $9,069.00 |

**Claim Notes:**   FIRST AND FINAL FEE APPLICATION

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1a | BRIDGEVIEW BANK GROUP<br>c/o Adam B. Rome<br>Greiman, Rome & Griesmeyer, LLC<br>200 W. Madison St., Ste. 755,<br>Chicago IL 60606 | 02/02/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,132,734.72 | $1,132,734.72 | $0.00 | $0.00 | $0.00 | $1,132,734.72 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 03/05/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,850.17 | $1,850.17 | $0.00 | $0.00 | $0.00 | $1,850.17 |
| 4a | FOREST PARK NATIONAL BANK & TRUST CO.<br>Miriam R. Stein<br>Chuhak & Tecson, P.C<br>30 S. Wacker Drive, 26th Floor<br>Chicago IL 60606 | 03/17/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $259,855.13 | $259,855.13 | $0.00 | $0.00 | $0.00 | $259,855.13 |

| Case No.: | 14-27382-JSB | Trustee Name: | Gus A. Paloian |
| --- | --- | --- | --- |
| Case Name: | GLENN, BRETTNER | Date: | 10/27/2015 |
| Claims Bar Date: | 03/17/2015 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | BRIDGEVIEW BANK GROUP<br>c/o Adam B. Rome<br>Greiman, Rome & Griesmeyer, LLC<br>200 W. Madison St., Ste. 755, Chicago IL 60606 | 02/02/2015 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $540,000.00 | $540,000.00 | $0.00 | $0.00 | $0.00 | $540,000.00 |
| 2 | BANK OF AMERICA, N.A.<br>Mail Stop TX2-982-03-03<br>7105 Corporate Drive<br>PTX-B-209<br>Plano TX 75024 | 02/10/2015 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $180,601.51 | $180,601.51 | $0.00 | $0.00 | $0.00 | $180,601.51 |

**Claim Notes:** (2-1) 3218 W Crystal St, Chicago, IL 60651

| | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4 | FOREST PARK NATIONAL BANK & TRUST CO.<br>Miriam R. Stein<br>Chuhak & Tecson, P.C<br>30 S. Wacker Drive, 26th Floor<br>Chicago IL 60606 | 03/17/2015 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $200,000.00 | $200,000.00 | $0.00 | $0.00 | $0.00 | $200,000.00 |
| | | | | | | | $2,325,919.71 | $2,325,919.71 | $0.00 | $0.00 | $0.00 | $2,325,919.71 |

**CLAIM ANALYSIS REPORT** Page No: 3   Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 14-27382-JSB | | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | GLENN, BRETTNER | | **Date:** | 10/27/2015 |
| **Claims Bar Date:** | 03/17/2015 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $9,069.00 | $9,069.00 | $0.00 | $0.00 | $0.00 | $9,069.00 |
| General Unsecured 726(a)(2) | $1,394,440.02 | $1,394,440.02 | $0.00 | $0.00 | $0.00 | $1,394,440.02 |
| SECURED CLAIMS | $920,601.51 | $920,601.51 | $0.00 | $0.00 | $0.00 | $920,601.51 |
| Trustee Compensation | $1,809.18 | $1,809.18 | $0.00 | $0.00 | $0.00 | $1,809.18 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      14-27382
Case Name:     BRETTNER GLENN
Trustee Name:  Gus A. Paloian

Balance on hand: $10,591.84

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Bridgeview Bank Group | $540,000.00 | $540,000.00 | $0.00 | $0.00 |
| 2 | Bank of America, N.A. | $180,601.51 | $180,601.51 | $0.00 | $0.00 |
| 4 | Forest Park National Bank & Trust Co. | $200,000.00 | $200,000.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $10,591.84

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $1,809.18 | $0.00 | $1,761.56 |
| SEYFARTH SHAW, Attorney for Trustee Fees | $9,069.00 | $0.00 | $8,830.28 |

Total to be paid for chapter 7 administrative expenses: $10,591.84
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,394,440.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1a | Bridgeview Bank Group | $1,132,734.72 | $0.00 | $0.00 |
| 3 | PYOD, LLC its successors and assigns as assignee | $1,850.17 | $0.00 | $0.00 |
| 4a | Forest Park National Bank & Trust Co. | $259,855.13 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**