**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                    §    Case No. 14-27382
                                          §
BRETTNER GLENN                            §
                                          §
                                          §
                      Debtor(s)           §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 1/12/2016, in Courtroom 615, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/2/2015                   By:  /s/ Gus A. Paloian
                                                Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 14-27382
§
BRETTNER GLENN §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $10,591.84
*and approved disbursements of* $0.00
*leaving a balance on hand of[1] :* $10,591.84

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Bridgeview Bank Group | $540,000.00 | $540,000.00 | $0.00 | $0.00 |
| 2 | Bank of America, N.A. | $180,601.51 | $180,601.51 | $0.00 | $0.00 |
| 4 | Forest Park National Bank & Trust Co. | $200,000.00 | $200,000.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $10,591.84

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $1,809.18 | $0.00 | $1,761.56 |
| SEYFARTH SHAW, Attorney for Trustee Fees | $9,069.00 | $0.00 | $8,830.28 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $10,591.84 |
| Remaining balance: | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,394,440.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1a | Bridgeview Bank Group | $1,132,734.72 | $0.00 | $0.00 |
| 3 | PYOD, LLC its successors and assigns as assignee | $1,850.17 | $0.00 | $0.00 |
| 4a | Forest Park National Bank & Trust Co. | $259,855.13 | $0.00 | $0.00 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

UST Form 101-7-NFR (10/1/2010)

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ Gus A. Paloian
              Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-27382-DRC
Glenn M Brettner                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 2          Date Rcvd: Dec 04, 2015
                              Form ID: pdf006         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2015.
```
db         +Glenn M Brettner,    3217 West Potomac Ave,    Chicago, IL 60651-2412
aty        +Seyfarth Shaw LLP,    131 S Dearborn Street,    Suite 2400,    Chicago, IL 60603-5863
22306873   +American Enterprise Bank,    600 North Buffalo Grove Rd,    Buffalo Grove, IL 60089-2424
22306874    Banco Popular,    P O Box 690547,    Orlando, FL 32869-0547
22306870    Bank of America,    475 Crosspoint Parkway,    Wilmington, DE 19850
23825787   +Bank of America, N.A,    c/o Heavner, Beyers & Mihlar, LLC,    Post Office Box 740,
             Decatur, IL 62525-0740
22911200   +Bank of America, N.A.,    Mail Stop TX2-982-03-03,    7105 Corporate Drive PTX-B-209,
             Plano, TX 75024-4100
22886484   #+Bridgeview Bank Group,    c/o Adam B. Rome,    Greiman, Rome & Griesmeyer, LLC,
             200 W. Madison St., Ste. 755,,    Chicago, IL 60606-3552
22306875  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank USA NA,    c/o TSYS Debt Management (TDM),
             P O Box 5155,    Norcross, GA 30091)
22306872   +Chase Bank USA,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
22306877   +Chase Bank USA NA,    c/o Creditors Bankruptcy Service,    P O Box 740933,
             Dallas, TX 75374-0933
22306878    Citi Credit,    P O Box 689196,    Des Moines, IA 50368-9196
22306879   +Citibank Banamex, USA,    2029 Century Park E 42 FL,    Los Angeles, CA 90067-2905
22306880   +City of Chicago,    c/o Markoff Law, LLC,    29 North Wacker Dr 550,    Chicago, IL 60606-2851
22306882   +First American Bank,    P O Box 0794,    Elk Grove Village, IL 60009-0794
22306883   +First Merit Bank,    5310 West Cermak,    Cicero, IL 60804-2816
23055470   +Forest Park National Bank & Trust Co.,    Miriam R. Stein,    Chuhak & Tecson, P.C,
             30 S. Wacker Drive, 26th Floor,    Chicago, IL 60606-7512
22306884   +Forrest Park National Bank & Trust,    Chuhak & Tecson PC,    30 S Wacker Dr., Suite 2600,
             Chicago, IL 60606-7512
22306890   +James Brettner,    3217 West Potomac,    Chicago, IL 60651-2412
22306885   +Liberty Bank,    2932 North Milwaukee,    Chicago, IL 60618-7455
22306886   +MRR Parkland,    Ginsberg Jacobs, LLC,    300 South Wacker Dr., Suite 2750,
             Chicago, IL 60606-6782
23870195   +Seterus, Inc., as authorized subservicer for Feder,    c/o Pierce & Associates,
             1 N. Dearborn, Suite 1300,    Chicago, IL 60602-4321
22306888  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P O Box 5229,    Cincinnati, OH 45201)
22306889   +Wells Fargo Bank NA,    1 Home Campus,    MAC X2302-04C,    Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22306871   +E-mail/Text: kevin.ameriks@bridgeviewbank.com Dec 05 2015 00:36:20     Bridgeview Bank,
             1970 North Halsted,    Chicago, IL 60614-5009
22306876    E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2015 01:24:43     Chase Bank USA NA,
             MS 550,    P O Box 91121,    Seattle, WA 98111-9221
22324775   +E-mail/Text: mtasch@momlaw.com Dec 05 2015 00:36:51     First American Bank,
             c/o Martin D. Tasch,    Momkus McCluskey, LLC,    1001 Warrenville Road Suite 500,
             Lisle, IL 60532-4306
23012733   +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2015 01:24:41
             PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
             Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22306881          Comcast,    4851 N Milwaukee Ave
22306887        ##+People's Gas,    130 East Randolph St,    Chicago, IL 60601-6207
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: dwilliams              Page 2 of 2                   Date Rcvd: Dec 04, 2015
                               Form ID: pdf006              Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2015 at the address(es) listed below:
              Adam B. Rome    on behalf of Creditor    Bridgeview Bank Group arome@grglegal.com,
               abernath@grglegal.com
              Andrew J Nelson    on behalf of Creditor    Seterus, Inc., as authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America anelson@atty-pierce.com,   northerndistrict@atty-pierce.com
              Bret   Harper    on behalf of Trustee Gus A Paloian bharper@seyfarth.com,   chidocket@seyfarth.com
              Dennis M Sbertoli    on behalf of Debtor 1 Glenn M Brettner dsbert4978@aol.com
              Gus A Paloian    gpaloian@seyfarth.com,
               gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
              Heather M Giannino    on behalf of Creditor    Bank of America, N.A. bankruptcy@hsbattys.com,
               bankruptcy@hsbattys.com
              Martin D. Tasch    on behalf of Creditor    First American Bank c/o Martin D Tasch mtasch@momlaw.com
              Michael V Ohlman    on behalf of Debtor 1 Glenn M Brettner mvohlman@ohlmanlaw.com
              Miriam R. Stein    on behalf of Creditor    Forest Park National Bank mstein@chuhak.com,
               dgeorge@chuhak.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 10
```