UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>GLENN M. BRETTNER,<br><br>Debtor(s)<br><br>Plaintiff(s)<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 14-27382<br><br>Chapter: 7<br><br>Honorable Donald R. Cassling<br><br>Adv. No.: |

**ORDER GRANTING SEYFARTH SHAW LLP'S FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT FOR PERIOD OF NOVEMBER 12, 2014, THROUGH THE CLOSE OF THE CASE**

Upon the consideration of the First and Final Application for Compensation and Reimbursement of Expenses (the "Application") of Seyfarth Shaw LLP ("Seyfarth") as Counsel to Chapter 7 Trustee, Gus A. Paloian ("Trustee"), for the Period of November 12, 2014 through the Close of the Case, and for Other Related Relief; due and proper notice having been given; and the Court being fully advised in these premises:

IT IS HEREBY ORDERED that Seyfarth is allowed final compensation in the amount of $9,069.00 as reasonable compensation for actual and necessary legal services rendered to the Trustee;

IT IS FURTHER ORDERED that the awards herein are allowed as an administrative expense of the Estate pursuant to 11 U.S.C. §§503(a) and (b), and 507 (a)(2); and

IT IS FURTHER ORDERED that Gus A. Paloian, not individually, but solely as the Debtor's Chapter 7 Trustee, is authorized to pay Seyfarth the amounts awarded from the funds in the Estate.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: January 12, 2016

**Prepared by:**

Gus A. Paloian (06188186)
Bret M. Harper (6299968)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000