# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-27382 |
| | § | |
| BRETTNER GLENN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $396,850.00 | Assets Exempt: | $74,000.00 |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $6,181,649.02 |
| Total Expenses of Administration: | $10,591.84 | | |

3) Total gross receipts of $10,591.84 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,591.84 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,765,500.00 | $920,601.51 | $920,601.51 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $10,878.18 | $10,878.18 | $10,591.84 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $4,787,209.00 | $1,394,440.02 | $1,394,440.02 | $0.00 |
| **Total Disbursements** | $6,552,709.00 | $2,325,919.71 | $2,325,919.71 | $10,591.84 |

4). This case was originally filed under chapter 7 on 07/25/2014. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/01/2016                By:   /s/ Gus A. Paloian
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Semper Fidelis Mundelein, L.P. | 1129-000 | $10,591.84 |
| **TOTAL GROSS RECEIPTS** | | $10,591.84 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bridgeview Bank Group | 4110-000 | $0.00 | $540,000.00 | $540,000.00 | $0.00 |
| 2 | Bank of America, N.A. | 4110-000 | $0.00 | $180,601.51 | $180,601.51 | $0.00 |
| 4 | Forest Park National Bank & Trust Co. | 4110-000 | $0.00 | $200,000.00 | $200,000.00 | $0.00 |
| | Bank of America | 4110-000 | $220,000.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 4110-000 | $195,000.00 | $0.00 | $0.00 | $0.00 |
| | Bridgeview Bank | 4110-000 | $1,290,500.00 | $0.00 | $0.00 | $0.00 |
| | Chase Bank USA, N.A. | 4110-000 | $60,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,765,500.00 | $920,601.51 | $920,601.51 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $1,809.18 | $1,809.18 | $1,761.56 |
| SEYFARTH SHAW, Attorney for Trustee | 3110-000 | NA | $9,069.00 | $9,069.00 | $8,830.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,878.18 | $10,878.18 | $10,591.84 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Bridgeview Bank Group | 7100-000 | $0.00 | $1,132,734.72 | $1,132,734.72 | $0.00 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $1,850.17 | $1,850.17 | $0.00 |
| 4a | Forest Park National Bank & Trust Co. | 7100-000 | $0.00 | $259,855.13 | $259,855.13 | $0.00 |
|  | American Enterprise Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Banco Popular | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Bridgeview Bank | 7100-000 | $1,235,000.00 | $0.00 | $0.00 | $0.00 |
|  | Capital One Bank (USA) N.A. | 7100-000 | $4,340.00 | $0.00 | $0.00 | $0.00 |
|  | Capital One Bank (USA), N.A. | 7100-000 | $886.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Bank USA, N.A. | 7100-000 | $35,000.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Bank USA, N.A. | 7100-000 | $66,786.00 | $0.00 | $0.00 | $0.00 |
|  | Citi Credit | 7100-000 | $1,699.00 | $0.00 | $0.00 | $0.00 |
|  | Citibank Banamex USA | 7100-000 | $1,235,325.00 | $0.00 | $0.00 | $0.00 |
|  | City of Chicago | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Comcast | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | First American Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | First Merit Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Forest Park National Bank & Trust | 7100-000 | $436,173.00 | $0.00 | $0.00 | $0.00 |
|  | Liberty Bank | 7100-000 | $480,000.00 | $0.00 | $0.00 | $0.00 |
|  | MRR Parkland | 7100-000 | $1,200,000.00 | $0.00 | $0.00 | $0.00 |
|  | People's Gas | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | US Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Wells Fargo Bank, N.A. | 7100-000 | $92,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $4,787,209.00 | $1,394,440.02 | $1,394,440.02 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 14-27382-JSB | Trustee Name: | Gus A. Paloian |
| Case Name: | GLENN, BRETTNER | Date Filed (f) or Converted (c): | 07/25/2014 (f) |
| For the Period Ending: | 2/1/2016 | §341(a) Meeting Date: | 09/12/2014 |
| | | Claims Bar Date: | 03/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  3217 West Potomac  3217 West Potomac Chicago, IL  Debtor owns a 1/2 interest with his brother, Glenn Brettner. | $150,000.00 | $0.00 | | $0.00 | FA |
| 2  1508 North Artesian  1508 North Artesian Chicago, Illinois Value per Zillow.com The Debtor owns this property jointly with his brother, James Brettner. | $220,000.00 | $0.00 | | $0.00 | FA |
| 3  cash | $200.00 | $200.00 | | $0.00 | FA |
| 4  chairs and a desk, sofa, bed. | $500.00 | $500.00 | | $0.00 | FA |
| 5  traditional and Roth IRA | $100,000.00 | $30,000.00 | | $0.00 | FA |
| 6  Semper Fidelis Mundelein, L.P. | $0.00 | $0.00 | | $10,591.84 | FA |
| 7  tools. | $150.00 | $150.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                                                   **Gross Value of Remaining Assets**

$470,850.00    $30,850.00    $10,591.84    $0.00

**Major Activities affecting case closing:**

The Trustee sold Debtor's ownership interest in Semper Fidelis Lake Zurich, LLC.  Claims review is in progress in preparation for case closing.  The Trustee estimates case closing by 11/30/15.

**Initial Projected Date Of Final Report (TFR):**            **Current Projected Date Of Final Report (TFR):**   11/30/2015            /s/ GUS A. PALOIAN

GUS A. PALOIAN

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-27382-JSB | | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|---|
| Case Name: | GLENN, BRETTNER | | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8370 | | | Checking Acct #: | ******0309 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Glenn Brettner |
| For Period Beginning: | 7/25/2014 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/1/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/06/2015 | (6) | SEMPER FI LAKE ZURICH, LLC | 2014 INTEREST | 1129-000 | $197.28 | | $197.28 |
| 02/12/2015 | (6) | SEMPER FI LAKE ZURICH, LLC | SALE PROCEEDS RE SALE OF MEMBERSHIP INTEREST IN SEMPER FIDELIS LAKE ZURICH LLC | 1129-000 | $10,000.00 | | $10,197.28 |
| 03/30/2015 | (6) | SEMPER FI LAKE ZURICH, LLC | 2013 INTEREST | 1129-000 | $394.56 | | $10,591.84 |
| 01/14/2016 | 1001 | SEYFARTH SHAW | Claim #: ; Distribution Dividend: 97.37; | 3110-000 | | $8,830.28 | $1,761.56 |
| 01/14/2016 | 1002 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $1,761.56 | $0.00 |
| | | | **TOTALS:** | | $10,591.84 | $10,591.84 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $10,591.84 | $10,591.84 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $10,591.84 | $10,591.84 | |

| **For the period of 7/25/2014 to 2/1/2016** | | **For the entire history of the account between 01/05/2015 to 2/1/2016** | |
|---|---|---|---|
| Total Compensable Receipts: | $10,591.84 | Total Compensable Receipts: | $10,591.84 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,591.84 | Total Comp/Non Comp Receipts: | $10,591.84 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10,591.84 | Total Compensable Disbursements: | $10,591.84 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,591.84 | Total Comp/Non Comp Disbursements: | $10,591.84 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-27382-JSB | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | GLENN, BRETTNER | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8370 | | Checking Acct #: | ******0309 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Glenn Brettner |
| For Period Beginning: | 7/25/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/1/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|
| | | | $10,591.84 | $10,591.84 | $0.00 |

**For the period of 7/25/2014 to 2/1/2016**

| | |
|---|---|
| Total Compensable Receipts: | $10,591.84 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,591.84 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,591.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,591.84 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/25/2014 to 2/1/2016**

| | |
|---|---|
| Total Compensable Receipts: | $10,591.84 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,591.84 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,591.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,591.84 |
| Total Internal/Transfer Disbursements: | $0.00 |